UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

CLARENCE A. FRAZIER, JR.,

     Defendant

_____/

CASE NO. 6:26-mj-00175
MAGISTRATE JUDGE AYO

## **ORDER**

After considering the Motion to Unseal Complaint and Affidavit filed in the captioned matter,

IT IS HEREBY ORDERED that the Complaint and Affidavit in this matter be unsealed;

Done and signed on this 14th day of July 2026, in Lafayette, Louisiana.

_____
HON. DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

1