**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**UNITED STATES OF AMERICA**            **CASE NO.  6:26-MJ-00175-01**

**VERSUS**                              **MAGISTRATE JUDGE DAVID J. AYO**

**CLARENCE A FRAZIER JR (01)**

**MINUTES OF COURT:**
**Initial Appearance**

| | | | |
|---|---|---|---|
| Date: | 7/20/2026 | Presiding: Magistrate Judge David J. Ayo | |
| Court Opened: | 12:14 p.m. | Courtroom Deputy: | Heather Carrasco |
| Court Adjourned: | 12:19 p.m. | Court Reporter: | LCR |
| Statistical Time: | 00:05 | Courtroom: | CR4 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| | | |
|---|---|---|
| Daniel Vermaelen (AUSA) and Elliot Cassidy (AUSA) | For | United States of America |
| Cristie Gautreaux Gibbens and Allison Adger  (AFPD) | For | Clarence A Frazier Jr (01) Defendant |
| Clarence A Frazier Jr (01) Defendant | | |

**PROCEEDINGS**

**BEFORE COURT OPENED:**
Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON: Complaint**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Preliminary Hearing: Waived
Detention Hearing: Waived

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

Based on the financial information contained in defendant's financial affidavit and that provided orally by the defendant, the court finds that the defendant qualifies for court-appointed counsel.

**RELEASE:**

Defendant is not contesting the government's Oral Motion for Detention at this time and reserves his right to a detention hearing should his circumstances change.

Defendant in Custody

Defendant is remanded to the custody of the U.S. Marshal Service pending trial.

**FILINGS:**
Financial Affidavit
Due Process Protections Act Order
Waiver of Detention Hearing
Waiver of Preliminary Hearing
Order of Detention Pending Trial signed (AO472)